IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Case No. 14-cv-03302-WJM-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARL F. OLSEN; COLORADO | ) |
| DEPARTMENT OF REVENUE; and | ) |
| EL PASO COUNTY, COLORADO, | ) |
| | ) |
| Defendants. | ) |

**STIPULATED ORDER**

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI"), or other information, whether produced inadvertently or otherwise, does not constitute a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

1

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*[signature]*

CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
(202) 514-6062
Charles.J.Butler@usdoj.gov

Of Counsel:

JOHN WALSH
United States Attorney

Attorneys for the United States

*[handwritten: All Rights Reserved, Without Prejudice]*
*[signature]*

CARL F. OLSEN
c/o 2248 Ramsgate Terrace
Colorado Springs, CO 80919
(719) 598-7590

Defendant *pro se*

**SO ORDERED**

Dated: April 17, 2015

*[signature]*

Hon. Kristen L. Mix
United States Magistrate Judge

2